| THOMPSON HINE | ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
| --- | --- | --- | --- | --- |
| | CINCINNATI | COLUMBUS | NEW YORK | |

September 19, 2017

Via ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Veliu, et al.*
       Case No.: 17-cr-00404 (KAM)

Dear Judge Matsumoto:

We represent defendant Martin Shkreli in the above matter. Mr. Shkreli was arraigned on June 29, 2017 and released pursuant to a $200,000 bond signed by two approved suretors and secured by Mr. Shkreli's home. His travel is restricted to New York City and the Southern District of New York. Mr. Shkreli surrendered his passport to U.S. pretrial services.

Mr. Shkreli's son is a freshman at Clemson University in South Carolina and plays on the school's soccer team. Mr. Shkreli respectfully request permission to travel to Clemson, South Carolina this coming weekend from **September 22 to September 24, 2017**, to see his son's soccer game. If this request is granted Mr. Shkreli will provide his itinerary to pretrial services in advance of travel and will be reachable on his cellular phone while out of the district.

AUSA Michael Keilty has no objection to Mr. Shkreli's travel request.

We apologize for the lateness of this request but Mr. Shkreli had a recent change in plans and only just realized that he would be available to attend his son's game this weekend. Going forward, Mr. Shkreli will do his best to provide the Court with more notice of his requested travel plans.

Brian.Waller@ThompsonHine.com  Fax: 212-344-6101  Tel: 212-908-3932                                4814-6443-8096.1

THOMPSON HINE LLP          335 Madison Avenue          www.ThompsonHine.com
ATTORNEYS AT LAW           12th Floor                  O: 212.344.5680
                           New York, New York 10017-4611   F: 212.344.6101



The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
September 19, 2017
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

Brian D. Waller

cc:  AUSA Michael Keilty