

April 24, 2018

Via ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Veliu, et al.*
      Case No.: 17-cr-00404 (KAM)

Dear Judge Matsumoto:

We represent defendant Martin Shkreli in the above matter. Mr. Shkreli was initially arraigned on June 29, 2017 and released pursuant to a $200,000 bond signed by two approved suretors and secured by Mr. Shkreli's home. His travel is restricted to New York City and the Southern District of New York. Mr. Shkreli surrendered his passport to U.S. pretrial services. Mr. Shkreli recently pleaded guilty to a currency reporting violation pursuant to 31 U.S.C. § 5324(b)(1) and is awaiting sentencing.

Mr. Shkreli respectfully requests permission to travel to Greenwich, Connecticut on May 7, 2018 to attend a fundraiser for the Albanian American Association being held at the Burning Tree Country Club located at 120 Perkins Road. He would return to New York the same day. Mr. Shkreli would be reachable on his cellular phone while out of the District.

AUSA Michael Keilty has no objection to Mr. Shkreli's travel request.

Thank you for your attention to this matter.

Respectfully submitted,

s/ Brian Waller

Brian D. Waller

cc:  AUSA Michael Keilty

---

Brian.Waller@ThompsonHine.com   Fax: 212-344-6101  Tel: 212-908-3932         4845-5452-8099.1

THOMPSON HINE LLP        335 Madison Avenue         www.ThompsonHine.com
ATTORNEYS AT LAW         12th Floor                 O: 212.344.5680
                         New York, New York 10017-4611   F: 212.344.6101