

May 14, 2019

<u>Via ECF</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Veliu, et al.*
<u>      Case No.: 17-cr-00404 (KAM)</u>

Dear Judge Matsumoto:

    We represent defendant Martin Shkreli in the above matter. Mr. Shkreli was initially arraigned on June 29, 2017 and released pursuant to a $200,000 bond signed by two approved suretors and secured by Mr. Shkreli's home. His travel is currently restricted to New York City and the Southern District of New York. Mr. Shkreli surrendered his passport to U.S. pretrial services. Mr. Shkreli pleaded guilty to a currency reporting violation pursuant to 31 U.S.C. § 5324(b)(1) and is scheduled to be sentenced on July 8, 2019.

    Mr. Shkreli respectfully makes two requests of the Court. First, Mr. Shkreli requests permission to travel to the University of Scranton in Scranton, Pennsylvania on Saturday, May 18, 2019 to watch his son's soccer game. Mr. Shkreli would be returning to New York the same day.

    Second, Mr. Shkreli respectfully requests a modification of his bail conditions to expand his permitted travel area to include the States of New Jersey and Connecticut as Mr. Shkreli has reason to travel to those states frequently to pursue work opportunities, to visit family and friends, to accompany his wife to doctors' appointments and to watch his son's soccer games.

    AUSA Michael Keilty has no objection to either of Mr. Shkreli's requests.

Brian.Waller@ThompsonHine.com   Fax: 212-344-6101  Tel: 212-908-3932                                            4849-7591-9511.1

THOMPSON HINE LLP
ATTORNEYS AT LAW
335 Madison Avenue
12th Floor
New York, New York 10017-4611
www.ThompsonHine.com
O: 212.344.5680
F: 212.344.6101



The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
May 14, 2019
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

s/  Brian Waller

Brian D. Waller

cc:  AUSA Michael Keilty