Martin Shkreli<br>
301 Greenwich Road<br>
Bedford, NY 10506

June 27, 2019

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

To The Honorable Judge Matsumoto,

    I am writing you this letter to express my sincerest remorse and regret for my irresponsible and careless conduct in April of 2017. As the owner of Alba Construction Company, I was fully and knowingly aware that my company had received a large sum of cash and failed to file the necessary IRS forms.

    There is no excuse for my poor choice of action and I accept full responsibility for what I've done. Throughout my life I have always tried to set a proper example for my family, friends and employees, but a serious lapse in judgement tarnished everything I've worked so hard to become. I have kept a clean record my entire life and I never expected to find myself in a situation like this, especially at 61 years old.

    I met Albert Veliu about 5 or 6 years ago through the Kosovo Consulate in New York City. Albert was a driver for the Kosovo Consulate which is located in the same building as my company. Over the years, Albert and I became friends and he would often come to my office anytime he needed advice and I always tried to be there for him. In April of 2017, Albert Veliu came into my office with a proposition that ultimately changed my life forever. I was told by Albert that he had a friend that owned a store that sold security and electronics equipment. It was explained to me that the electronics company sold in mostly cash transactions. As a favor to Albert, I agreed to write a check from my company to Tumeco Electronics for $135,000.00 in exchange for cash in the same amount. Regretfully, I agreed to make this transaction in order to help out somebody who I considered a friend and it ended up being the worst decision I've made in my life.

    I am very well aware of the poor decision I made and I know I can't blame anyone but myself. I have let down my family, friends and employees by making a foolish decision. I am embarrassed and ashamed for my behavior. I hope the court can realize that I am a good

person who made a serious mistake. This unfortunate set of circumstances has provided myself and my family with a valuable lesson and I know that I will never make a mistake like this again. The emotional, social and financial toll this has taken on my family and I is something I could never fathom and I'm just hoping to close this unfortunate chapter of my life. I pray that you can show me some leniency and allow me to try and rebuild my life back to normal.

Sincerely,

Martin Shkreli