

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

www.pecklaw.com

1325 Avenue of the Americas
10th Floor
New York, NY 10019
tel. 212.382.0909
fax 212.382.3456

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

**International Alliances**

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay

September 3, 2019

<u>Via ECF</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Veliu, et al.*
 <u>No.: 17-cr-00404 (KAM)</u>

Dear Judge Matsumoto:

     We represent defendant Martin Shkreli in the above matter. After pleading guilty to a single currency reporting violation pursuant to 31 U.S.C. § 5324(b)(1) the Court sentenced Mr. Shkreli to a three-year term of probation, a $40,000 fine and a $100 special assessment. Mr. Shkreli also agreed to forfeit $15,000 to the government. Mr. Shkreli has already paid his fine, forfeiture and special assessment amounts in full and no additional payment obligations are outstanding.

     Mr. Shkreli respectfully requests permission to travel with his wife to Albania and Montenegro to visit family from September 12 to September 22, 2019. If permission to travel is granted, Mr. Shkreli will be staying with his uncle in Shtoj Ulquin, Montenegro and will provide his full itinerary and contact information to his probation officer prior to traveling. It is further respectfully requested that if the Court grants this request, the Court authorize pretrial services to return Mr. Shkreli's passport to him for the purpose of making the requested trip with the understanding that Mr. Shkreli will promptly surrender it back to the government upon his return.

     AUSA Michael Keilty has no objection to Mr. Shkreli's request.

     Thank you for your attention to this matter.

Respectfully submitted,

s/ Brian Waller

Brian D. Waller

cc: AUSA Michael Keilty